## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **HEARING MINUTES** |
| v. | **INITIAL APPEARANCE** |
| **TOMMY LEE JENKINS** | Case No. 19-M-743 |

HONORABLE JAMES R. SICKEL, presiding      Time Called: 12:54 p.m.
Proceeding Held: October 11, 2019      Time Concluded: 1:00 p.m.
Deputy Clerk: Cheryl      Tape: 101119

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| TOMMY LEE JENKINS in person and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: | ☐ Interpreter Sworn |

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of ☒ complaint ☐ petition received by Defendant; ☐ document read; ☒ reading waived

☒ Defendant advised of maximum penalties
Maximum penalties:
10ymm-life, $250,000, 5y-life SR, $100 SA

Defendant waives:
☐ Preliminary Hearing
☐ Identity Hearing

Court sets:
☒ Preliminary Hearing: Oct. 23, 2019 at 2:30 p.m.
☐ Identity Hearing:

☐ Detention hearing held.
☐ Defendant released on: ☐ O/R bond; ☐ Cash bond; ☐ Property bond; ☐ with conditions. SEE Order Setting Conditions of Release.
☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained.

Government requests detention. Mr. Phillip preserves the right to address detention in the future.